JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL SHELL,<br><br>    Petitioner,<br><br>    v.<br><br>CRAIG KOENIG,<br><br>    Respondent. | Case No. CV 19-0692-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 7, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE